IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FELIX LYLE COWAN, #02351646, PLAINTIFF, | § § § § | |
| v. | § | CIVIL CASE NO. 3:22-CV-2842-M-BK |
| GREG ABBOTT, ET AL., DEFENDANTS. | § § § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 9th day of March, 2023.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE